FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0628

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0628
_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  and                                            O R D E R

KEISHA JOANN BARNES,

     Defendant and Appellant.
_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS ORDERED that the Appellant is given an extension of time until February 3, 2025, to prepare, file, and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2024